OCTOBER 7, 1987

No. 87–5224. TRIPATI v. UNITED STATES. C. A. 10th Cir. Certiorari dismissed under this Court's Rule 53.

OCTOBER 9, 1987

No. A–278 (87–5638). BELL v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied by an equally divided Court.

No. 87–5546. FRANKLIN v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted limited to Question 3 presented by the petition.

No. 87–5359 (A–261). DAUGHERTY v. FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, Gregg v. Georgia, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

OCTOBER 13, 1987

No. 87–137. MORIN v. PETRARCA. Appeal from Sup. Ct. R. I. dismissed for want of substantial federal question.